**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01316-CV

### TAMMI HAWTHORNE, Appellant

### V.

### PREMIER COMMUNITIES MANAGEMENT, ET AL, Appellees

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01936-2011**

## ORDER

We **GRANT** appellant's March 13, 2013 motion for an extension of time to file a reply

brief.  Appellant shall file her consolidated reply brief on or before April 15, 2013.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE